```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08242
    RONALD CRAIG WILSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-6278

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 05/05/2007 and was not confirmed.

   The case was dismissed without confirmation 11/21/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG        .00            .00            .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE        .00            .00            .00
IRA T NEVEL                NOTICE ONLY    NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         9281.42            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         500.00            .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED        3907.11            .00            .00
NCO FINANCIAL              UNSECURED        1559.68            .00            .00
HARVARD COLLECTION SERVI   NOTICE ONLY    NOT FILED            .00            .00
CREDIT UNION 1             UNSECURED       15322.28            .00            .00
JACKSON PARK HOSPITAL      UNSECURED      NOT FILED            .00            .00
LEASE FINANCE GROUP        UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED        5886.44            .00            .00
TRINSIC COMMUNICATIONS     UNSECURED      NOT FILED            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        1441.47            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         327.96            .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED        1025.08            .00            .00
INTERNAL REVENUE SERVICE   SECURED NOT I        .00            .00            .00
CITY OF CHICAGO PARKING    UNSECURED        4010.00            .00            .00
OFFICE OF CIRCUIT COURT    NOTICE ONLY    NOT FILED            .00            .00
VERONICA D JOYNER          DEBTOR ATTY      2,400.00                       2,400.00
TOM VAUGHN                 TRUSTEE                                           164.11
DEBTOR REFUND              REFUND                                            934.89

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               3,499.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                             2,400.00
TRUSTEE COMPENSATION                         164.11
DEBTOR REFUND                                934.89

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 08242 RONALD CRAIG WILSON
```

```
                                  ---------------        ---------------
TOTALS                                   3,499.00               3,499.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 08242 RONALD CRAIG WILSON